

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00193-CR
### NO. 02-15-00194-CR

STANLEY DALE SELF                                                   APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

----------

FROM THE 367TH DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NOS. F-90-478-E, F-90-572-E

----------

## MEMORANDUM OPINION[1]

----------

In both cause numbers, appellant Stanley Dale Self attempts to appeal from the trial court's orders denying his motion for appointment of counsel to prepare and prosecute a postconviction application for writ of habeas corpus.

On July 15, 2015, we sent appellant a letter expressing our concern that we lacked jurisdiction over the appeals because, under code of criminal

---

[1]*See* Tex. R. App. P. 47.4.

procedure article 11.07, we have no jurisdiction over matters relating to postconviction applications, including requests for appointment of counsel. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West 2015); *Cooper v. State*, No. 02-15-00145-CR, 2015 WL 3799069, at *1 & nn.2, 4 (Tex. App.—Fort Worth June 18, 2015, no pet. h.) (mem. op., not designated for publication) (disposing of attempted appeal of trial court's order denying motion for appointment of postconviction habeas counsel).

We informed appellant that unless he or any party desiring to continue the appeals filed a response showing grounds for continuing the appeals, we would dismiss the appeals for want of jurisdiction. Appellant filed a response, but it does not show grounds for continuing the appeals. Therefore, we dismiss the appeals for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).


/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: LIVINGSTON, C.J.; DAUPHINOT AND SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: July 23, 2015